UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DERON BOONE,

                Defendant.

**ORDER**

23 Cr. 427 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated on the record at the August 22, 2023 conference, Defendant's pretrial motions are due by **September 29, 2023**. The Court will set a schedule for further briefing on the motions and any necessary evidentiary hearing and/or oral argument after they are filed.

Dated: New York, New York
        August 24, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge