UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DERON BOONE,

                Defendant.

**ORDER**

23 Cr. 427 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court has received a letter from the Defendant dated September 25, 2023. The Court has not docketed the letter, because it reflects communications with counsel. In that letter, the Defendant complains about his lawyer's failure to take certain actions that the Defendant has requested.

        It appears that the Defendant and his lawyer may disagree as to how to proceed. The Court will conduct a conference on **October 5, 2023, at 11:30 a.m.** to discuss Defendant's letter. The Government need not attend.

Dated: New York, New York
       September 29, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge