# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

September 29, 2023

By ECF
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. Deron Boone**, 23 Cr. 427 (PGG)

Dear Judge Gardephe:

    I write in response to the Court's Order issued today scheduling a conference on October 5, 2023, at 11:00 a.m., to discuss Mr. Boone's September 25, 2023, letter to the Court.

    On September 27, 2023, I met with Mr. Boone in person at the Essex County Correctional Facility. At that time, Mr. Boone informed me that he had sent the aforementioned letter to the Court and showed me a copy of the letter. I can represent that following our meeting, Mr. Boone expressed his desire to withdraw the concerns and complaints contained in his letter to the Court. As such, I submit that the Court's intervention or a conference are not necessary at this time.

    If the Court still wishes to hold a conference, I respectfully request an adjournment as I will be on vacation from October 3, 2023 through October 18, 2023. I am available any of the following dates: October 20th, October 23rd, October 24th, or October 27, 2023.

**MEMO ENDORSED: The conference is adjourned <u>sine die</u>.**

SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Date: October 3, 2023

Respectfully submitted,

*/s/ Amy Gallicchio*

_____
Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274