UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DERON BOONE,

                Defendant.

**ORDER**

23 Cr. 427 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court has received another letter from the Defendant, dated October 4, 2023. The Court has not docketed the letter, because it reflects communications with counsel. The letter reflects further disagreements with counsel.

        The Court will conduct a conference on **October 23, 2023, at 2:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York** to discuss Defendant's letter. The Government need not attend.

Dated: New York, New York
       October 11, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge