UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DERON BOONE,

                Defendant.

**ORDER**

23 Cr. 427 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference previously scheduled for October 23, 2023 is adjourned to **October 30, 2023 at 2:30 p.m.**

Dated: New York, New York
       October 27, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge