UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DERON BOONE,<br><br>　　　　　　　　Defendant. | **ORDER**<br><br>23 Cr. 427 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　The Court will conduct an evidentiary hearing regarding Defendant Boone's motion to suppress (Dkt. No. 16) on **December 4, 2023, at 2:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York**. The parties are directed to (1) inform the Court in advance of the hearing how many witnesses will testify and the estimated duration of their testimony, (2) send the Court electronic copies of any exhibits in advance of the hearing, and (3) bring hard copies of any exhibits for the Court to review at the hearing. Counsel should call or email Chambers to arrange the transmission of electronic material. Counsel should also be prepared to address the issues of law raised by Defendant's motion at the hearing.

Dated: New York, New York
　　　　November 10, 2023

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　　　United States District Judge