UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

DERON BOONE,

                Defendant.

**ORDER**

23 Cr. 427 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      The hearing previously scheduled for December 4, 2023, is adjourned to **December 12, 2023, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      Upon the application of Defendant Deron Boone, by and through his counsel, Amy Gallicchio, it is further ordered that the time between December 4, 2023 and December 12, 2023 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide the Defendant with additional time to prepare for the evidentiary hearing.

Dated: New York, New York
       November 21, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge