UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DERON BOONE,

                Defendant.

**ORDER**

23 Cr. 427 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated by the Court during yesterday's suppression hearing, Defendant's post-hearing briefing is due **December 20, 2023**. The Government's opposition is due **December 27, 2023**. Defendant's reply, if any, is due **January 4, 2024**.

Dated: New York, New York
       December 13, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge