# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 4, 2024

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Date: January 4, 2023

**By ECF and EMail**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. Deron Boone**, 23 Cr. 427 (PGG)

Dear Judge Gardephe:

I write to request a one-week adjournment of today's deadline to file a Reply to the Government's Post-Hearing Brief in Opposition to Defendant's Motion to Suppress.

[REDACTED]

The Government has no objection to this request.

Respectfully submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274

cc:  AUSA Thane Rhen
     AUSA Joseph Rosenberg