UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DERON BOONE,

                Defendant.

**ORDER**

23 Cr. 427 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Trial is scheduled for **May 13, 2024, at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York

        Motions in limine, proposed voir dire, and requests to charge are due by **April 29, 2024**. Responsive papers are due by **May 6, 2024**. The Government's expert disclosures are due by **April 29, 2024**.

        The final pretrial conference is scheduled for **May 10, 2024, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         April 10, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge