UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DERON BOONE,

                Defendant.

**ORDER**

23 Cr. 427 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On April 29, 2024, Defendant Deron Boone filed a motion in limine seeking to "preclude the testimony of the Government's proposed ballistic analyst, Crystina Monroe, or in the alternative, to set a hearing before trial pursuant to Daubert v. Merrell Dow Pharmaceuticals, 506 U.S. 914 (1992) . . . ." (Def. MIL (Dkt. No. 53) at 2)

        The Government is directed to produce to the Court by **May 1, 2024** its expert disclosures regarding Ms. Monroe's proposed testimony, including, if applicable, any associated expert report.

Dated: New York, New York
       April 30, 2024

                                      SO ORDERED.

                                      Paul G. Gardephe
                                      United States District Judge