UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,                         23 Cr. 427 (PGG)

    -against-                                     **CLOTHING ORDER**

DERON BOONE
                   Defendant.
------------------------------------------------------X

BEFORE:  THE HONORABLE PAUL G. GARDEPHE
               UNITED STATES DISTRICT JUDGE
               SOUTHERN DISTRICT OF NEW YORK

On the motion of THOMAS H. NOOTER, attorney for **DERON BOONE, Reg.#71491-510**, who is currently detained at the Brooklyn Metropolitan Detention Center of the Bureau of Prisons.

IT IS HEREBY ORDERED:

1. Mr. Boone may wear non-BOP issued clothing during his trial which will start on Tuesday, May 14, 2024 and commence thereafter for approximately one week;

2. The staff of the Brooklyn M.D.C. is requested to accept the street clothing identified below from Mr. NOOTER or representative of his firm, on any weekday prior to May 14, 2024, between 8:00 a.m. and 1:00 p.m., along with a copy of this Order, and to accept such substitute clean clothing as may be necessary during the trial, and to provide it to him on the morning of each trial

date prior to being picked up by the U.S. Marshals for transport to Court.

3. Mr. NOOTER should be permitted to provide the staff of the Brooklyn M.D.C. with no more than the following items of clothing:

- 2 pairs of pants
- 2 shirts
- 2 pair of socks
- 2 suit coats
- 1 belt
- 1 pair of shoes

Dated: New York. New York
May 8, 2024

SO ORDERED:

_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE