UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DERON BOONE,

                Defendant.

**ORDER**

23 Cr. 427 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In its April 29, 2024 motion in limine brief, the Government states that it may "seek[] to admit [the Defendant's] . . . statements acknowledging ownership" of the safe seized from the Defendant's bedroom on February 14, 2023.  (Govt. MIL Br. (Dkt. No. 50) at 11)  The Defendant argues that "[s]hould the government attempt to elicit any of the defendant's statements, the defense reserves the right to offer other portions of the statements pursuant to Rule 106 . . . of the Federal Rules of Evidence."  (Def. MIL Opp. (Dkt. No. 56) at 2)

        Given the current state of the record, this Court cannot conduct the rule of completeness analysis required under Federal Rule of Evidence 106.  Accordingly, by **May 9, 2024, at 2:00 p.m.**, the Government will make a submission specifying which of the Defendant's statements it intends to introduce into in its direct case.

Dated:  New York, New York
         May 8, 2024

                                           SO ORDERED.

                                           _____
                                           Paul G. Gardephe
                                           United States District Judge