UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DERON BOONE,

                Defendant.

**ORDER**

23 Cr. 427 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This case proceeded to trial on May 14, 2024, and the jury returned a guilty verdict today. Any post-trial motion will be filed by **June 10, 2024**. The Government's opposition papers are due by **July 1, 2024**. The Defendant's reply papers, if any, are due by **July 8, 2024**.

        The Probation Department is directed to prepare a pre-sentence report. Sentencing is scheduled for **September 16, 2024, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Defendant's sentencing submission is due by **August 26, 2024**, and the Government's sentencing submission is due by **September 3, 2024**.

Dated: New York, New York
       May 16, 2024

                                            SO ORDERED.

                                            _____
                                            Paul G. Gardephe
                                            United States District Judge