Case 1:23-cr-00427-PGG    Document 79    Filed 08/28/24    Page 1 of 2

# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 907
NEW YORK, N.Y. 10038

*NY AND CALIF. BARS

(212) 608-0808
Cell: (917) 847-1361

August 28, 2024

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Consent Letter Motion
on Sentencing Submissions Schedule

RE:   United States v. Deron Boone, 23 Cr. 427 (PGG)

Your Honor:

I am writing to respectfully request a modification of the schedule for filing sentencing submissions. The reason for the application is that for the past week I have been ill with some sort of respiratory infection or virus and I both missed the filing date for the defense submission and was unable to see my client to prepare it.

I have consulted with the Government attorney on the case, Mr. Joseph H. Rosenberg, and we have agreed to propose the following new schedule:

Defense submission on September 3, 2024,
Government submission on September 9, 2024.

We would propose to keep the sentencing date itself as previously scheduled, for September 16, 2024.

I apologize for not having made this request earlier, but as I said, I have been pretty much incapacitated for the last seven days or so.

Thank you so much for Your Honor's consideration of this request.

Case 1:23-cr-00427-PGG   Document 79   Filed 08/28/24   Page 2 of 2

Sincerely,

*/s/ Thomas H. Nooter*
Thomas H. Nooter
Attorney for Defendant

cc:     AUSA Joseph H. Rosenberg, by ECF

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated:   Aug. 28, 2024